**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHERITA SIMMONS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:25-00423-KD-N** |
| | ) | |
| **DALLAS COUNTY SCHOOL DISTRICT** | ) | |
| **and Dr. CHRISTIAN IVEY,** | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on Plaintiff Sherita Simmons's ("Simmons") Motion for Leave to Extend Time to Perfect Service on Christian Ivey ("Ivey"). (Doc. 6). Upon consideration, and for the reasons below, the motion is **GRANTED**.

Simmons seeks a thirty-day extension of the Federal Rule of Civil Procedure 4(m) service deadline. "Rule 4(m) grants discretion to the district court to extend the time for service of process even in the absence of a showing of good cause." Horenkamp v. Van Winkle And Co., 402 F.3d 1129, 1132 (11th Cir. 2005). Here, Simmons attempted to serve Ivey twice by process server. Simmons explains that she is continuing to attempt service by process server and requests thirty extra days to perfect service. Further, Simmons acknowledges that her claims against Ivey are still within the Statute of Limitations but argues that "it would be in the best interest of judicial economy to allow an extension to attempt service." (Doc. 6 at 2). The Court agrees with Simmons that an extension of the service deadline would be in the best interest of judicial economy. Therefore, Simmons's deadline to perfect service is extended to **on or before February 17, 2026**.

**DONE** and **ORDERED** this **21st** day of **January 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**